RHODE ISLAND COMMISSION FOR HUMAN RIGHTS

v.

ALPINE COUNTRY CLUB.

No. 81–429–M.P.

Supreme Court of Rhode Island.

Oct. 22, 1981.

Cynthia M. Hiatt, Legal Counsel, Providence, Rhode Island Commission for Human Rights, for petitioner.

Long & Silvia, Christopher F. Long, Fall River, Mass., for respondent.

## ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.